# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2025

## NO. 03-24-00668-CV

**Nicole Roberts, Individually and Derivatively on behalf of R Partnership, LLC, Appellant**

**v.**

**Scott Roberts, Individually and Derivatively on behalf of R Partnership, LLC, Appellee**

---

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the order signed by the trial court on September 27, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.